IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| **LENNIE T. DAVIDSON,** | 10-CV-575-BR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **MAX WILLIAMS, Director of Prisons; COUNSELOR RUFFCORN; ALECA NELSON; MR. SCHUTTS; and V. WILSON,** | |
| Defendants. | |

Based on the Court's Opinion and Order (#46) issued May 23, 2011, the Court **DISMISSES** this matter **without prejudice**.

IT IS SO ORDERED.

DATED this 23rd day of May, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT